No. 12–504. HARVEST INSTITUTE FREEDMEN FEDERATION, LLC, ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5739. MIZUKAMI v. EDWARDS ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 12–6833. BETANCORT-SALAZAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6883. UDEH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–6892. SOLANO-MORETA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6894. DEGLACE v. JARVIS, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.